IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GREGORY J. BARNES,

                *Plaintiff*,

vs.

JULIE ORR,
GENETIC TECHNOLOGIES, INC., and
VICKI TURETSKY,

                *Defendants.*

Case No. 13-2025-EFM

**ORDER**

This matter is before the Court on Magistrate Judge Karen M. Humphreys's Report and Recommendation (Doc. 6) that the Plaintiff's motion to proceed in forma pauperis (Doc. 2) be denied, that the Plaintiff's motion for appointment of counsel be denied, and the case be dismissed.

Plaintiff was advised to serve and file written objections to the proposed recommendation within fourteen (14) days of being served a copy of the recommendation. No objections having been filed, this Court accepts the recommended decision of the Magistrate Judge and adopts it as its own.

**IT IS THEREFORE ORDERED**, the Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) is DENIED and this case is DISMISSED.

**IT IS FURTHER ORDERED**, that Plaintiff's Motion for Appointment of Counsel (Doc. 3) is DENIED.

**IT IS SO ORDERED.**

Dated this 15th day of April, 2013, in Wichita, Kansas.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE